IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Rhett F. McCraw,<br><br>      Plaintiffs,<br><br>v.<br><br>WJ StrutCo, Inc., Benjamin Rutledge Wall, II, Benjamin Rutledge Wall II Revocable Trust, George Dean Johnson, Jr., George Dean Johnson, Jr. Revocable Trust, Dan C. Breeden, Jr., Susanna Presnell Johnson ESA Trust, and George Dean Johnson, III ESA Trust,<br><br>      Defendants. | Civil Action No. 7:24-cv-2000-JDA<br><br>**ORDER** |

  The Court having been advised by counsel for the parties that they believe the above action has been settled, subject to agreement on final written terms of a settlement, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). Alternatively, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce a settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

  The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty days from the filing date of this order.

  **IT IS SO ORDERED.**

                  *s/Jacquelyn D. Austin*
                  United States District Judge

February 27, 2025
South Carolina