IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Rhett F. McCraw,<br><br>    Plaintiff,<br> vs.<br><br>WJ StrutCo, Inc., Benjamin Rutledge Wall, II, Benjamin Rutledge Wall II Revocable Trust, George Dean Johnson, Jr., George Dean Johnson, Jr. Revocable Trust, Dan C. Breeden, Jr., Susanna Presnell Johnson ESA Trust, and George Dean Johnson, III ESA Trust,<br>    Defendants. | Civil Action No. 7:24-cv-02000-JDA |

## JOINT STIPULATON OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Rhett F. McCraw and Defendants WJ StrutCo, Inc., Benjamin Rutledge Wall, II, Benjamin Rutledge Wall II Revocable Trust, George Dean Johnson, Jr., George Dean Johnson, Jr. Revocable Trust, Dan C. Breeden, Jr., Susanna Presnell Johnson ESA Trust, and George Dean Johnson, III ESA Trust hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

s/Carter R. Massingill
**GALLIVAN, WHITE & BOYD, P.A.**

**John T. Lay, Jr. (Fed. Id. No. 5539)**
1201 Main Street, Suite 1200
Post Office Box 7368
Columbia, South Carolina 29202
(803) 779-1833
jlay@gwblawfirm.com

s/ *John P. Linton, Jr.*
G. Trenholm Walker (Fed ID# 4487)
Direct: (843) 727-2208
Email: Walker@WGLFIRM.com

**John P. Linton, Jr. (Fed ID# 11089)**
Direct: (843) 727-2252
Email: Linton@WGLFIRM.com

**WALKER GRESSETTE & LINTON, LLC**

**Carter R. Massingill (Fed. Id. No. 11818)**
55 Beattie Place, Suite 1200
Post Office Box 10589
Greenville, South Carolina 29201
(864) 271-9580
cmassingill@gwblawfirm.com

**Kate C. Mettler (Fed. Id. No. 13032)**
40 Calhoun Street, Suite 300
Post Office Box 22768
Charleston, South Carolina 29413
(843) 414-8077
kmettler@gwblawfirm.com

**ATTORNEYS FOR PLAINTIFF RHETT MCCRAW**

P.O. Drawer 22167, Charleston, SC 29413
66 Hasell Street, Charleston, SC 29401
(843) 727-2200

**ATTORNEYS FOR DEFENDANTS**